Prob-35

(Rev 4/15)

Report and Order Terminating Probation/ Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Early Termination Request |
| vs. | ) | Docket No. 0100 2:23CR00004 |
| | ) | |
| Mark X Haley | ) | |

On October 4, 2023, after having pled guilty to one count of Bank Fraud and one count of Money Laundering, Mr. Haley was sentenced in the United States District Court, in the District of Maine, to 18 months imprisonment; followed by 3 years supervised release. Mr. Haley has been under the supervision of the U.S. Probation Office since being released from the Bureau of Prisons on September 26, 2024. He has now completed 19 months of his 3-year sentence. Mr. Haley has submitted to drug screens, which have all produced negative results for illegal substances, with the most recent test being submitted on March 25, 2026. Since his release, Mr. Haley has remained actively involved in the recovery community; he attends weekly meetings and engages regularly with his sponsor. He credits this and staying involved in pro-social activities for his continued success and motivation to stay sober. He is also gainfully employed and makes meaningful restitution payments monthly. His current restitution balance is $1,001,469.01.

Mr. Haley was transitioned to a Low Intensity Supervision Caseload in February 2025, and he falls into the low-risk category on the Post Conviction Risk Assessment ("PCRA"). Only 3% of people under supervision who fall into the same risk category are re-arrested, and less than 1% of the same population have their supervision revoked. Furthermore, Mr. Haley is in compliance with all of his conditions of supervised release. It is accordingly recommended Mr. Haley be granted early termination for the remaining period of supervised release.

In consultation with Assistant U.S. Attorney's Sean Green and Todd Lowell, the assigned prosecuting attorney in the District of Maine, the U.S. Attorney's Office objects this request and does not support early termination for the following reasons: The U.S. Attorney's Office believes that supervised release provides a substantial incentive to continue to pay restitution. They also note that Mr. Haley received a term of incarceration that was below the guideline range, making supervised release particularly important. National policy indicates that the court may terminate supervision after the expiration of one year, if the court is satisfied that such action is warranted by the conduct of the person under supervision and is in the interest of justice. National policy also indicates that after the expiration of 18 months, there is a presumption in favor of recommending early termination for persons who meet the following criteria: The person does not meet the criteria of a career drug offender or career criminal or has not committed a sex offense or engaged in terrorism; The person presents no identified risk of harm to the public or victims; The person is free from any court-reported violations of a 12-month period; The person demonstrates the ability to lawfully self-manage beyond the period of supervision; The person is in substantial compliance with all conditions of supervision; and The person engages in appropriate prosocial activities and receives sufficient prosocial support to remain lawful well beyond the period of supervision. Finally, national policy indicates that the existence of an

Prob-35
(Rev 4/15)

Report and Order Terminating Probation/ Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

outstanding financial penalty does not adversely affect early termination eligibility, as long as the person under supervision is in compliance with a payment plan for the prior 12 months. While the U.S. Probation Office understands the position of the U.S. Attorney's Office, it believes Mr. Haley meets the criteria set forth by national policy.

Respectfully submitted,

*Calyx Hemenway*

_____

Calyx Hemenway
U.S. Probation Tech.

Reviewed:

_____

Bryce Turgeon
Supervisory U.S. Probation Officer          Date:  4/8/2026